■

**COM.**

v.

**WHITING, R.**

**1568 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–51–CR–0009287–2009 (Philadelphia)

Affirmed

■

**IN the INTEREST OF:**
**S.E.C–B, a Minor**

**2051 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–51–AP–0000453–2016, (Philadelphia)

Affirmed/Vacated/Remanded

■

**IN the INTEREST OF:**
**S.M.C–B, a Minor**

**2053 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–51–AP–0000455–2016 (Philadelphia)

Affirmed/Vacated/Remanded

■

**IN the INTEREST OF: S.D.C., a Minor**

**2054 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–51–AP–0000456–2016 (Philadelphia)

Affirmed/Vacated/Remanded

■

**COM.**

v.

**CABRERA, H.**

**2506 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–15–CR–0002140–2015 (Chester)

Affirmed

■

**COM.**

v.

**ODOM, D.**

**3200 EDA 2016**

Superior Court of Pennsylvania.

6/30/2017

CP–23–CR–0004064–2016
(Delaware)